United States District Court
Southern District of Texas
**ENTERED**
May 09, 2023
Nathan Ochsner, Clerk

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | Case No. 4:23-mj-654 |
| v. | § | |
| | § | |
| EZEQUIEL ALANIS ESPITIA | § | |
| JUAN ALBERTO SALINAS | § | |
| MARIO GARCIA | § | |
| PATRICIA GARCIA | § | **(UNDER SEAL)** |
| JESUS SALINAS, JR. | § | |

**ORDER DISMISSING CRIMINAL COMPLAINT**

On this day, the Court considered the Government's motion to dismiss the criminal complaint against Ezequiel Alanis Espitia, Juan Alberto Salinas, Mario Garcia, Patricia Garcia and Jesus Salinas, Jr. and GRANTS said motion.

IT IS THEREFORE ORDERED that the criminal complaint against Ezequiel Alanis Espitia, Juan Alberto Salinas, Mario Garcia, Patricia Garcia and Jesus Salinas, Jr. is dismissed without prejudice.

Signed on May 8, 2023 at Houston, Texas.

_____
Christina A. Bryan
UNITED STATES MAGISTRATE JUDGE